PHŒBE R. E. E. LINTON v. JOHN W. COOPER ET AL.

FILED APRIL. 8, 1898.   No. 7963.

Process: WITNESS: NON-RESIDENT. A party to a suit, or a witness at the trial, who is a non-resident of this state, is privileged from the service of summons in this state not only while necessarily and in good faith in attendance upon the court, but for a reasonable time after the hearing, to prepare for his departure and return to his home.

ERROR from the district court of Douglas county. Tried below before KEYSOR, J.   *Affirmed.*

*John T. Cathers* and *William A. Redick,* for plaintiff in error.

*Charles A. Goss, contra.*

NORVAL, J.

The controlling facts herein are substantially the same as in *Linton v. Cooper,* 54 Neb. 438, decided herewith, and for the reason stated in the opinion filed in that case the judgment is

AFFIRMED.